# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KENDRICK ROBINSON

VERSUS

GOAUTO INSURANCE COMPANY

NO.  2024 CW 0017

**APRIL 4, 2024**

---

In Re:  GoAuto Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 730218.

---

**BEFORE:  WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.**

> JEW
> EW
> TPS

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT